Convenience and Necessity to the LONG BEACH BUS COMPANY, INC. LONG BEACH BUS COMPANY, INC., Intervenor.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the Public Service Commission against the city of Long Beach. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

RAY GRANOFSKY, Respondent, v. ESER YOFFE, Otherwise Known as ESSER JAFFE, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JELENK THEATRE COMPANY, INC., Respondent, v. MARCUS ARGINTEANU, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE UNION NATIONAL BANK OF TROY, NEW YORK, as Administrator with the Will Annexed of and Also as Trustee under the Last Will, etc., of EDWARD F. MURRAY, Deceased, Plaintiff, v. MARY M. MURRAY and Others, Defendants.— Judgment modified by awarding to plaintiff the sum of $1,713.78, admitted and proved to be income belonging to Edward F. Murray, deceased, remaining in the hands of the surviving trustees, and as so modified judgment unanimously affirmed, with costs to each party filing a brief in this court, payable out of the trust fund. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

CYRUS SHOWERS, Respondent, v. RUDOLPH LORECK, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

CYRUS SHOWERS, Respondent, v. RUDOLPH LORECK, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of KATARZYNA SWACHA, Respondent, against AMERICAN LOCOMOTIVE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The aggregate award of $4,676.34 is modified, pursuant to stipulation in open court, by reducing the same to the sum of $2,413.53, such amount to be apportioned to the children and the widow on the same basis as the original award, and as so modified unanimously affirmed, without costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of LILY TANNENBAUM, Respondent, against R. J. KESSING and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted to the State Industrial Board, pursuant to stipulation in open court. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of LABEL LOONSK, Respondent, against LOONSK BROTHERS CLEANING AND DYEING WORKS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JOSEPH DANIELS, Respondent, against AMMAN MANUFACTURING AND CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

FALLSBURGH LUMBER COMPANY, INC., Respondent, v. MAX STERNBERG, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements,

51